# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TAMOLE TIERRA PATTIJO LAUINA, <br><br> Defendant. | Case No. 3:18-cr-00106-SLG-MMS-1 |

## ORDER RE FINAL REPORT AND RECOMMENDATION

Upon Defendant Tamole Lauina's request to enter a guilty plea, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, to Count 4 and voluntary surrender as to the Criminal Forfeiture Allegation of the Indictment, this matter was referred the Honorable Magistrate Judge Matthew McCrary Scoble. In full compliance with Rule 11, Federal Rules of Criminal Procedure, Defendant entered a plea of guilty before Judge Scoble in open court and on the record. At Docket 150, Judge Scoble issued his Final Report and Recommendation in which he recommended acceptance of Defendant's plea of guilty to Count 4 and voluntary surrender of all items listed in the Criminal Forfeiture Allegation of the Indictment (D. 2). No objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge."[1]  A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[3]

The magistrate judge recommended that the Court accept the Defendant's plea of guilty to Count 4 of the Indictment which charges: 18 U.S.C. §3 – Accessory After the Fact. The magistrate judge further recommends that the Court accept the Defendant's voluntary surrender to all items listed in the Criminal Forfeiture Allegation of the Indictment. The Court has reviewed the Final Report and Recommendation and agrees with its analysis.  Accordingly, the Court adopts the Final Report and Recommendation, and IT IS ORDERED that the Plea of Guilty to Count 4 of the Indictment is ACCEPTED and Defendant is ADJUDGED GUILTY of Court 4 of the Indictment.

DATED this 9th day of December, 2019 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:19-cr-00106-SLG-MMS-1,  *United States of America v. Lauina*
Order re Final Report and Recommendation
Page 2 of 2